FILED

FEB 22 2021

IN THE UNITED STATES DISTRICT COURT
Clerk, U.S. District Court
By: _____ Deputy Clerk

Adam A. Locke#10419-089 )
)
USP Leavenworth )
)
United States Penitentiary )
)
P.O. Box 1000  Leavenworth, KS 66048 )
)
                Plaintiff/Petitioner(s), )
)
)
-vs- )
)
United States Of America, Federal Bur- )
)
eau Of Prisons, Captain B. Root, C.O.- )
)
D. Kitts, Warden D. Hudson, Lieutenant- )
)
Calkers, R. Echols, nurse Dalgato. )
)
Dr. Gregory.      Defendant/Respondent(s). )

Docket No. __21-3051-SAC__

(To be supplied by the Clerk)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)  **(BIVENS ACTION)**

☒ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

I.    **JURISDICTION**

A.    Plaintiff's mailing address and/or register number and present place of confinement.

Adam A. Locke#10419-089  USP Leavenworth United States Penitentiary

P.O. Box 1000 Leavenworth, KS 66048

B.    Defendant ___Captain B. Root___ is employed as
                    (Name of First Defendant)

___Captain of leavenworth federal prison___
                    (Position/Title)

with ___United States Of America, Federal Bureau Of Prisons___
                    (Employer's Name and Address)

___Leavenworth Federal prison p.o. Box 1000 Leavenworth KS, 66048___

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

                    Yes (X)        No ( )

If your answer is "yes", briefly explain:

___Said constitutional violation occurred on 12-17-2019 while said
Captain B. Root was working at the Leavenworth federal prison.___

Rev. 2/97

C.    Defendant _____ C.O. D. Kitts _____ is employed as
(Name of Second Defendant)
"Correctional Officer"
(Position/Title)
with _____ United States Of America, Federal Bureau Of Prisons. _____
(Employer's Name and Address)
United States Penitentiary P.O. Box 1000 Leavenworth, KS 66048

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)        No ( )

If your answer is "yes", briefly explain:

Said constitutional violation occurred on 12-17-2019 while said

Correctional Officer was working at the Leavenworth Federal Prison.

D.    Using the outline of the form provided, include the above information for any additional defendant(s).
(Additional Defendants): United States Of America, Federal
Bureau Of Prisons, Warden D. Hudson, Lieutenant Calkers, R. Echols.
Nurse Dalgato, Dr. Gregory.
All above listed defendants were acting within there official
capacities on 12-17-2019 when each defendant violated the plaint-
iffs constitutional rights as set forth within this civil complaint.
And were employed at the Leavenworth Federal Prison. nurse Dalgato
violated said plaintiffs constitutional rights on or about 12-18-2019.
Dr. Gregory violated said plaintiffs constitutional rights by refusing

II.    PREVIOUS LAWSUITS        to provide said plaintiff with medical assistance.

A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes (x)        No ( )

B.    If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**
Locke V. Flores (Sexual harassment), Locke V. Ritter (Denial of medical
attention), Locke V. Wearing (Conditions of confinement), Locke V. Bed-
ford (Sexual Harassment), Locke V. Dodge County Jail (Denial of medical
treatment), Locke V. Milwaukee County Jail (Conditions of confinement.

Rev. 2/97                        - 2 -

1. Parties to previous lawsuits:
   Plaintiff(s) ___Adam A. Locke_____

   Defendant(s) ___Flores, Ritter, Wearing, Bedford, Dodge County Jail.___

2. Court (if Federal Court, name the District; if State Court, name the County)
   ___Eastern District Of Wisconsin Milwaukee Wisconsin._____

3. Docket number _____(UNKNOWN)_____

4. Name of Judge to whom case was assigned __Hon: J.P. Stadtmuller___

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
   ___42 U.S.C. Statute 1983 Civil Rights action.___

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it
   still pending?) Locke v. Flores (favor of plaintiff), Locke v. Ritter
   (favor of defendants, Locke v. Wearing (favor of plaintiff) Locke v. Bedford
   (favor of defendants), Locke v. Dodge County jail (favor of plaintiff).

7. Approximate date of filing lawsuit _____(UNKNOWN)_____

8. Approximate date of disposition _____(unknown)_____

## III.   GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ___(Yes)_____

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (X) No ( )

C. If your answer is "yes",
   1. What steps did you take? __This petitioner filed a BP-8, BP-9, BP-10,
      and a BP-11.  The Washington DC office have failed to respond
      to this plaintiffs BP-11._____

   2. What was the result? The incident is still under investigation and
      due to the fact that it envolves a staff member this petitioner
      will not be notified of the results of said investigation.
      The Washington DC office have failed to respond to this plaintiffs BP11

D. If your answer is "no", explain why not. _____
   _____
   _____
   _____

E.     If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities?  Yes ( )    No ( )

F.     If your answer is "yes",
     1.     What steps did you take? _____

_____

_____

     2.     What was the result? _____

_____

_____

G.     If your answer is "no", explain why not. _____

_____

_____

_____

H.     Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: **SEE ATTACHED ADMINISTRATIVE REMEDIES**

_____

_____

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case.  State who, what, when, where and how you feel your constitutional rights were violated.  Do not cite cases or statutes.  If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, <u>attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.</u>

<u>Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.</u>  Additionally, attach any relevant, supporting documentation.

On 12-17-2019 @ 1:45pm I was on my way up the stairs coming from dropping a (UA), as I was exiting the Lt's hallway, I walked pass now known to be Ms. Echols office. I never stopped my stride but I noticed out of the corner of my eye someone was raising there hand as if trying to get my attention. I then stopped and glanced to see if someone needed my assistance being that many times I have been stopped by staff, the Lt. and SIS to help carry boxes and to help complete other small task while in this area and the Lt. would pay me. Upon noticing that no one was trying to get my attention, I kept moving. I never lingered or stopped to stare at anyone. As I exited the Lt"s hallway and proceeded to my unit, Mrs. Echols came out of her office and yelled for me to "comehere" I then stopped and returned to see what she wanted. Upon reentering the Lt's hallway, Mrs. Echols stated "sense you wanted to look in here, get your bitch ass in this ma-fucken cage!" As I walked into the hallway of Mrs. Echols office I noticed C.O. Pharell shaking her head in disbelief and

Rev. 2/97

a really big steel cage in which I entered and was locked into, while asking Mrs. Echols "what did I do?" and why was she disrespecting me like that? C.O. Pharell was right there and heard everything but remained silent, still shaking her head as Mrs. Echols continued by saying "you wanted to look in here now your crying like a little bitch". I attempted to explain to her that I thought that someone was trying to get my attention to help out with something and that I was not going to disrespect her because how she was speaking to me. I just stopped talking as Mrs. Echols continued to call me bitches and other disrespectful things. Mrs. Echols then went into her office as I remained locked inside of said cage. I then said that I have been locked up for going on (4) years and never received a single infraction or write up and that I was in the honor unit. She then came back out of her office and told me "to shut the fuck up and stop crying like a little bitch". I never disrespected Mrs. Echols not one time. I never licked my lips at her or told her that I can stare at her. **Never in my life have I ever been accused of such a foul accusation. I have self respect and no one has the right to stare at anyone or make them feel uncomfortable.** Lt Calkers then entered Mrs. Echols hallway as I remained locked inside of said cage. I informed the Lt. that I did not do anything wrong or say anything wrong. Lt. Calkers stated "I dont want to hear it". Captain B. Root and C.O. Kitts then entered said hallway, I then attempted to explain the situation to Captain B. Root and he told me to "shut up" and to "get this piece of shit out of here". Lt. Calkers then opened the cage. I could immediately tell by the body language of Lt. Calkers and Captain B. Root that they intended to attack me, so I instantly got on my knees and placed my hands behind my back. Lt Calkers and Captain B. Root then rushed into the cage Captain B. Root violently grabbed me by the back of my uniform shirt and threw me up against the wall while Lt. Calkers held my arms that were still behind my back. C.O. Kitts then cuffed my hands behind my back. At no point in time did I resist or disobey a order.

After the hand cuffs were secured around my wrist Captain B. Root was still standing directly behind me as I faced the wall within said hallway. I then informed Captain B. Root that I did not do anything wrong and that I was not a piece of shit. Captain B. Root violently grabbed me by the back of my head and smashed my face into the wall instantly breaking my glasses in which caused a deep gash over my left eye in which began to bleed and swell. Captain B. Root then smashed my face against the wall a second time holding and grinding the left side of my face into the wall. The entire left side of my face swelled up and my left eye was cut and began to turn black and was bleeding. Captain B. Root then told C. O. Kitts to "Get this piece of shit out of here" Mrs. Echols witnessed the entire incident from her office window within its entirety and did nothing. C.O. Kitts then escorted me to the S.H.U., and apologized to me stating that "I wouldent have cuffed your hands behind your back if I knew that they were going to do you like that". To much shit like this happens here thats why I work 3erd shift. C.O. Kitts then informed me that he would tell the truth about what happend to me but it would have to be after he retires because he is afraid of facing retaliation for reporting the captain and that he needs his job. And that if anyone asked him about this

Rev. 2/97

## STATEMENT OF CLAIM CONTINUED:

incident while he is still employed at the Leavenworth federal prison that he would have to say that he did not see anything. ON or about 12-17-2019 @1625 hours Lt. Calkers came to the S.H.U. to serve me a copy of my write up and to inform me why I was taking to the S.H.U. I asked Lt. Calkers why was I placed in the S.H.U.? and he stated that "you were not going to be placed in the S.H.U. or wrote up for anything but you pissed the captain off". I then asked him did he see what the captain did to me? Lt. Calkers then stated that "I did not see anything and it would be best for me to just leave it alone". On or about 12-18-2019 I submitted a hand written medical request to nurse Dalgato seeking medical attention for said injuries in which only worsen (that medical request was ignored) and every time that I attempted to explain to a staff member that the captain assaulted me and that I needed medical attention they fled from my cell door and never returned. On or about 12-18-2019 I spoke with Dr. Blair after requesting to speak with some one from psychological services. I informed DR/ Blair on what took place and further how I was assaulted by captain B. Root and Lt. Calkers and how medical have been ignoring my cry's for help. And further explaining that my **(PTSD)** was triggered and that I was having problems sleeping and also having anxiety attaches. Dr. Blair informed me that he was going to send a email to medical explaining that I was assaulted by a staff member and that I submitted a hand written medical request seeking medical attention for my neck and back that was re-injured by said captain B. Root and for the gash over my left eye and swelling of the left side of my face. As to this date 02-15-2021 I have submitted numerous medical request to the leavenworth health service department in which have all been ignored regarding said injuries that were caused by captain B. Root and Lt. Calkers.

This plaintiff have even filed a **BP-8, BP-9** in regards to the refusal to provide said plaintiff medical attention. May the record also reflect that on or about 05-08-2020 a Micheal Hariss from the regional office was sent to the leavenworth federal prison by Washington DC **(Internal Affairs Office)** to conduct an investigation and to interview all mentioned parties. Michael Hariss also asked me if medical have seen me in regards to said injuries that were reported and caused by said captain B. Root and Lt. Calkers? I informed him that medical have been ignoring all of my medical request. All noted defendants are being sued within their official and personal capacities. And for turning a blind eye and not reporting said assault. Captain B. Root was also transferred to a different federal facility shortly after internal affairs conducted their investigation and interviews. As the record reflects this plaintiff submitted a electronic cop out to his health care provider Dr. Gregory on or about 11-19-2020 explaining in detail **(SEE ATTACHED MEDICAL COP OUT)** said on going injuries and further explaining to Dr. Gregory that said injuries were caused by captain B. Root and that I was still in constant pain. On or about 11-23-2020 Dr. Gregory responded stating that all medical cop outs become part of your medical records when submitted. As this record reflect that said statement is not true. Further said Dr. Gregory went on to say that **"on 9-19 you told me your neck pain had resolved, but had low back pain YOur X-ray was unremarkable". This plaintiff would hereby like to inform this honorable court that said appointment with Dr. Blair was on 9-19-2019 this plaintiff was assaulted and reinjured by captain B. Root and Lt. Calkers on 12-17-2019. THis plaintiff would also like to inform this honorable court that pain medication from the institution commissary has been none effective due to the fact said plaintiff was placed on pain medication by Dr. Gregory that he had to receive at the institutions pill line when initially injured from a whiplash accident before he was reinjured by said captain B. Root and Lt. Calkers.**

ADAM A. LOCKE

-6-

UNITED STATES DISTRICT COURT

Adam A. Locke
    Plaintiff,

                                      Civil Case no. _____

V.

Captain B. Root et al,
    Defendants.

---

## MEMORANDUM OF LAW

---

This plaintiff hereby states that all enclosed information and documentations are true and correct. This plaintiff hereby files this **42 USC STATUTE 1983 —Bivens Actions—** under the **(IMMINENT DANGER DOCTRINE)**, as the record reflects said Leavenworth federal institution has continued to retaliate against this plaintiff by refusing him medical attention and assistance as this plaintiff have been physically assaulted by said defendants. This plaintiff is suffering from on going neck and back pain that is keeping this plaintiff from sleeping and completing simple task. This plaintiff is in a state of constant fear of further abuse and is also in fear of his safety and well being as the defendants have continued to abuse this plaintiff and provide him with medical attention, and further to evaluate said plaintiff and allow him to get back on his pain medications.

This plaintiff hereby respectfully request that this Honorable court please provide this plaintiff with assistance as this plaintiff is currently still suffering from said injuries that were caused by said defendants.

## Legal theory:

The defendants are being sued in their official and personal capacities. Under 42 USC STATUTE 1983 –Bivens Action–. Quoting **Bivens V. Six unknown fed. Narcotics agents, 403 us 388, 29 L Ed 2d 619 S ct 1999 (1971); Carlson V. Green, 466 US 14, 64 L Ed 2d 15, S ct 1468 (1980).** In it's prohibition of cruel and unusual punishment, the Eighth Amendment places restraints on prison officials, who may not, for example, use excessive physical force against prisoners. See **Hudson V. McMillian, 503 US 1, 117 L Ed 2d 156, 112 S ct 995 (1992).** Captain B. Root and Lt. Calkers violated Locke's constitutional right's under the **Eighth and Fourteenth Amendments when** Captain B. Root repeatedly slammed Locke's face into a brick wall, causing Locke's glasses to break instantly cutting into Locke's left eye creating a deep gash in which began to bleed and swell. In addition the assault by Captain B. Root caused locke's face to swell and also turn black and purple and re-injured locke's neck and back. Lt. Calkers violated Locke's constitutional right's under the **Eighth and Fourteenth Amendments when he violently held Locke's arms behind his back while said Captain physically assaulted Locke.**

The Fourteenth Amendment 18 USC statute 242 was enacted to enforce Fourteenth Amendment, it punishes acts by federal officers and acts by state officers whether they act under state or federal law. See **Screws V. United states, 325 U.S. 91, 65 S, ct. 1031, 89 L. Ed, 1495 (1945). Defendants R. Echols, C.O. Kitts and Lt. Calkers purposely and intentionally ignored and turned a blind eye to said assault and failed to report the felony actions of Captain B. Root and Lt. Calkers. Said defendants bear** liability under 42USC statute 1983 because they witnessed said Captain assault Adam A. Locke. So they knew about the conduct and had to facilitate it, approve it condone it and or turned a blind eye for fear of what [what] they might see. **Jones V. City of Chicago, 856 F. 2d 985, 992 (7th cir. 1998).** See **Anderson, 477 U.S. at 248; Fillmore V. Page, 358 F. 3d 496, 506 (7th cir. 2004).** An official satisfies that personal resp-

1

**Legal theory continued:**

onsibility requirement of statute 1983 if he or she fails to act with a deliberate or reckless disregard. Quoting **Crowder V. Lash, 687 F. 2d 996, 1005 (7th cir. 1982). (emphasis added)). Farmer V. Brennan 511 US 825, 128 L ED 2d 811, 114 sct 1970.** -Excessive Force Against Prisoners- 4). In a case in which a prisoner claims that prison officials have used excessive physical force, in violation of the cruel and unusual punishment clause of the federal constitution Eighth Amendment, the prisoner must show more then indifference on the part of the officials and must show that the officials applied force maliciously and sadistically for the purpose of causing harm (here we see that Captain B. Root and Lt. Calkers were under the false belief that the plaintiff licked his lips at R. Echols and not only did they disrespect said plaintiff with curse words of belittlement but then physically assaulted the plaintiff with int- entions to cause physical bodily harm) **or that the officials used force with a knowing willingness that harm would occur. Civil Right's statute 29 -STATE OF MIND- 42 USC statute 1983 contains no state - of - mind requirement independent of that necessary to state a violation of the underlying constitutional right.**

**A prison official " deliberate indifference"** to a substantial risk of serious harm to a inmate violates the Eighth Amendment. See **Helling V. McKinney 509 US 25, 125 L Ed 2d 22, 113 S Ct 2475 (1993): Wilson V. Seiter, 501 US 294, 115 L Ed 271, 11 S ct 2321 (1991); Estelle V. Gamble, 429 [511 US 829].** Under 42 USC statute 1983 (A prison offi- cial is deliberately indifferent when he knows or should have known of a sufficiently serious danger to an inmate.    1). **RELATED CLAIM:** Nurse Dalgato is also being sued in her official and personal capacity. On or about 12-18-2019 this plaintiff informed nurse Dalgato that he was physically assaulted by said Captain B. Root and that said Captain repeatedly slammed the plaintiff's head into a brick wall and that I was in need of medical attention this plaintiff then then turned in a hand written medical request to said nurse. Nurse Dalgato failed to report the actions of Captain B. Root by turning a blind eye and also failed to turn said medical request into the health

2

<u>Legal theory:</u>

service department. **Estelle V. Gamble, 429** [511 US 829]. A prison official "deliber-
ate indifference" to a substantial risk of serious harm to a inmate violates the
Eighth Amendment. Also see **Wilson V. Seiter, 501 US 294, 115 L Ed 271, 11 S ct 2321**
**(1991)**. As a retaliatory response for this plaintiff reporting the actions of said
Captain B. Root and Lt. Calkers the Leavenworth Federal prison, warden D. Hudson and
said health service department as to this date has refused to provide this plaintiff
with medical atttention. This plaintiff have also filed a BP-8 and a BP-9 for the
refusal to provide this plaintiff with medical assistance. Being that Captain B.
Root reinjured said plaintiffs neck and back when he assaulted this plaintiff. Said
plaintiff was on pain medication as he suffered from a car accident in the year of
2016. As to date the plaintiff is still suffering from on going pain in his neck and
back as well as issues with his **(PTSD)**. See **Jones V. City of Chicago, 856 F. 2d 985,**
**992 (7th cir. 1998).**

On or about 11-19-2020 this plaintiff submitted a electronic cop out to his provider
Dr. Gregory complaining of his on going neck and back injuries and further that they
were caused by Captain B. Root. Defendant Dr. Gregory informed this plaintiff that he
would be called to medical as to this date 02-15-2021 this plaintiff has not been called
to medical to address said on going injureis. On or about 12-28-2021 this plaintiff
received a response to his BP-9 in which he submitted to the warden D. Hudson complain-
ing to said warden that this plaintiff has been seeking medical attention sense 12-17-
2019 from injuries that were caused by captain B. Root and further that this plaintiff
was assaulted by said Captain B. Root. Within said response said warden D. Hudson stated
"Records indicate you are currently scheduled to be evaluated by medical staff. You will
be escorted to health services building on your units day for medical appointments".
As to this date 02-15-2021 this plaintiff has not been seen by medical staff. This
failure to provide said plaintiff with medical assistance is a direct violation of this
plaintiffs constitutional rights as stated within Estelle V. Gamble, 429 [511 US 829].
A prison officials "Deliberate indifference" to a substantial risk of serious harm to a
inmate violates the Eighth Amendment to the United states constitution. (SEE ATTACHMEN-
TS).

3

## V.    REQUEST FOR RELIEF

State exactly what you want the Court to do for you.  If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example:  illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

This plaintiff hereby request that this HONORABLE COURT allow this civil matter to be heard by a jury, and that the defendants be ordered to pay this plaintiff ($5,000,000)(five million dollars) not including any attorney fees or filing fees. And that criminal charges be brought upon the defendants for assault and also for failure to report a felony offense.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure.  The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the court issue all appropriate service and/or notices to the defendant(s).

Signed this 15th day of Febuary , 2021

_____
Signature of Plaintiff


_____
Signature of attorney, if any

Rev. 2/97