Adam A. Locke
_____
(Name)

10419-089
_____
(Institution Register No.)

U.S. Penitentiary, P.O. box 1000,Leavenworth KS,66048
(Current Mailing Address)

**(21-3051-SAC)**

**FILED**

**SEP 13 2021**

Clerk, U.S. District Court
By:_____ Deputy Clerk

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Adam A. Locke , Plaintiff<br>(Full and Correct Name)<br><br>vs.<br><br>Captain B. Root, Lt. Calkers,<br><br>R. Echols, Nurse , Defendants<br><br>Dalgato, Dr. Gregory. | CASE NO. ___21-3051-SAC___<br>(To be supplied by the Clerk)<br><br>**AMENDED**<br>CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 28 U.S.C. 1331<br><br>"WITH JURY DEMAND" |

---

### A.  JURISDICTION

1) _____Adam A. Locke_____ , is a resident of _____
        (Plaintiff)                                    (State of residency prior to
                                                        incarceration)

who presently located at **U.S.P., P.O. box 1000, Leavenworth KS, 66048**
                                (Mailing address or place of confinement.)

2) Defendant _____B. Root_____ is a resident of
              (Name of first defendant)

_____(unknown)_____ , and is employed as
                (City, State)

_____Captain at U.S.P. Leavenworth_____ , and may be
        (Position and title, if any)
                        (unknown)
located at _____. At the time the claim(s) alleged
              (Address for service of process)

in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☒

If your answer is "Yes", briefly explain: _____

_____

1

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

3) Defendant __Calkers_____ is a resident of
     (Name of first defendant)

_____(UNKNOWN)_____, and is employed as
     (City, state)

_Lieutenant, at U.S.P. Leavenworth_____, and may be located at
    (Position and title, if any)

_1300 Metropolitan avenue Leavenworth KS, 66048_____. At the time the
     (Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐ No ☒ . If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)
 **(see attached continuation page)**

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction

under different or additional statuses, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

This is a complaint, filed under 28 U.S.C. Statute 1331(3)

"Bivens" by a 'pro-se' inmate, Adam A. Locke ("Locke"), alle-

ging excessive use of force, cruel and unusual punishment,

deliberate indifference to his health and safety needs,

and deliberate indifference to his serious medical needs.

This case arises from the deliberate serious assault on

Locke by defendant B. Root, the deliberate indifference by

defendants R. Echols and Calkers by their failure to act

prevent or stop said assault, the deliberate indifference
by defendants Gregory and Dalgato to Lockes medical needs.

4). Defendant R. Echols is a resident of (unknown) and is employed as the Captain secretary at U.S.P. Leavenworth, and may be located at 1300 Metropolitan Ave., Leavenworth KS, 66048. At the time the claim(s) alleged in this complaint arose, this defendant was not acting under color of state law.

5). Defendant Dalgato is a resident of (unknown), and is employed as a nurse, at U.S.P. Leavenworth, and may be located at 1300 Metropolitan Ave, Leavenworth, KS 66048. At the time the claim(s) alleged in this complaint arose, this defendant was not acting under color of state law.

6). Defendant Gregory is a resident of (unknown), and is employed as a Doctor at U.S.P. Leavenworth, and may be located at (unknown) (said Doctor no longer works at said U.S.P. Leavenworth). At the time the claim(s) alleged in this complaint arose, this defendant was not acting under color of state law.

All defendants are being sued in their individual capacities for damages.

2(A)

## C.  CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Cruel and unusual punishment, and excessive force in violation of the eighth Amendment to the U.S. Constitution.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
-See attached-

B) (1) Count II: Deliberate indifference to serious health and and safety needs, in violation of the eighth Amendment to the U.S. Constitution.

(2) Supporting Facts: -see attached-

C) (1) Count III: Deliberate indifference to plaintiff's

XE-2 (F)                    CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

3

C. CAUSE OF ACTION (Cont.) I:

A) (1) Count I: Plaintiff suffered cruel and unusual punishment, at the hands of defendant Root, in violation of the Eighth Amendment to the U.S. Constitution.  (2) Supporting facts:

On Dec. 17, 2019, at approximately 1:45pm. PLaintiff, Adam Locke ("Locke"), was returning from a urine test at the S.I.S. Lietent's office. AS he was leaving the SIS Lt's office Locke passed another office door belonging to the Captains secretary, defendant R. Echols office, Locke while walking by noticed out of the corner of his eye someone raising their hand, as if trying to get his attention. He then briefly stopped and glanced to see if someone needed his assistance. Several times in the past Locke had been stopped by staff, Lieutenants and S.I.S. Lt's to help carry boxes, or complete small task, while in this area, and he would be compensated for his assistance. Upon glancing in and noticing no one was trying to get his attention Locke continued to walk back to his assigned housing unit. Locke never lingered or stopped to stare at anyone.

As Locke exited the Lt's hallway defendant Echols came out of her office and yelled down the hallway for Locke to "come here". He stopped and returned to see what she wanted. UPon reentering the Lt's hallway, defendant Echols stated "since you wanted to look in here, get your bitch ass in this mother fucking' cage"! As he walked into the hallway of defendants Echols office, Locke noticed C.O. Pharell shaking her head in disbelief. He also saw a really big steel cage. LOcke was told to enter the cage. He did. Locke asked defendant Echols "what did I do?," and why was she disrespecting him. C.O. Pherell witnessed all of this but remained silent, still shaking her head.

-1-

Defendant Echols said "you wanted to look in here, now your crying like a little bitch". Locke attempted to explain to her that he thought that someone was trying to get his attention to help out with something, and that he was not going to disrespect her, because of how she was talking to him. Locke stopped talking as defendant Echols continued to call him bitches and other derogatory, disrespectful names. Defendant Echols returned to her office, leaving him locked in said cage. Locke tried to explain that he have been incarcerated for (4) years, and had not received a single disciplinary infraction, that he lived in the honor unit, and was not a trouble maker. Defendant Echols then came back out of her office and told Locke to "shut the fuck up, and stop crying like little bitch".

Never in life has Locke been subjected to such a foul accusation. Locke has self respect, and recognizes the rights of others and respect those rights. Defendant Lt. Calkers then entered defendant EChols area, while Locke remained locked inside of said steel cage he attempted to explain to defendant Calkers that he did not say or do anything wrong. Defendant Calkers told him, "I don't want to hear it", Defendant Captain B. Root, and C.O. Kitts then entered defendant Echols area. Locke once again attempted to explain that he not said or done anything wrong. Defendant Root told him to "shut up" and told defendants Calkers and C.O. Kitts to "get this piece of shit out of here". Defendant Calkers then unlocked , and opened the cage. locke could tell from their body language of the defendants Root and Calkers, that they intended to harm him, so he instantly got to his knees, and placed his hands behind his back. Defendants Root and Calkers then rushed into the cage, defendant Root violently grabbed Locke by the back of his uniform shirt and threw him against the wall,

-2-

while defendant Calkers held Locke's arms behind his back. C.O. Kitts then cuffed his hands behind his back, at no point did Locke refuse or disobey a order. At no point did Locke resist. After he was hand cuffed, Locke once again tried to explain to defendants Root that he had done nothing wrong, and that he was not a "piece of shit". Defendant Root was standing directly behind Locke. Defendant Root then violently grabbed Locke by the back of his head and smashes his face into the wall. This instantly broke his glasses, which caused a deep gash over his left eye. Locke's eye then began to bleed and swell. Defendant Root then smashed Locke's face into the wall a second time, holding and grinding his face into the wall. The entire left side of Locke's face swelled up, his left eye was cut and bleeding and began to turn red, purple and black as a result of this unprovoked attack by defendant Root.

Defendant Root then told C.O. Kitts, "get this piece of shit out of here". Defendants Echols and Calkers witnessed this entire incident, and neither did, nor said anything to stop defendant Root, or to help Locke. C.O. Kitts then escorted Locke to the special housing unit. On the way he apologized to Locke, saying "I wouldn't have cuffed your hands behind your back, if I knew that they were going to do you like that". C.O. Kitts then said that "this type of stuff happends all the time here at U.S.P. Leavenworth thats why he works third shift. Locke asked C.O. Kitts if he would tell the truth about what he saw, if asked. C.O. Kitts told Locke that he would tell the truth after he retired, but not before, because he feared retaliation, for reporting Captain Root, and that he needs his job and pension.

-3-

Defendant Root is sued in his individual capacity for damages.

## C. CAUSE OF ACTION (Cont.) COUNT II:

B) (1) Count II: Deliberate indifference to Locke's serious health and safety needs, in violation of the Eighth Amendment to the U.S. Constitution. (2). Supporting facts: During the events listed in count I, herein, defendantsEchols and Calkers were present and witnessed the physical violent and verbal attack by defendant Root, neither defendant Echols, nor defendant Calkers intervened said nor did anything to stop defendant Root, or to protect Locke. Later when Locke was in the special housing unit defendant calkers came by to serve Locke with a copy of the incident report. Locke asked defendant Calkers why was he placed in the shu? defendant Calkers told Locke "you were not going to placed in the s.h.u., but you pissed the captain off". Locke then asked defendant Calkers did he see what the captain did to him? Defendant Calkers replied "I did not see anything, and that it would be best if I just leave it alone". Defendants Calkers and Echols are sued in their individual capacities for damages.

On or about Dec. 18 2019 while in the special housing unit Locke submitted a hand written medical request to nurse Dagato explaining in detail that he was assaulted by Captain B. Root and that he was suffering from a deep gash over his left eye and that it had swell and that the entire left side of his face was swollen and that he was in constant pain and that his neck and back was reinjured and that he was in need of medical attention. Nurse Dalgato ignored Locke's plea for medical attention. Locke was not seen by medical.

-4-

serious medical needs in violation of the Eighth
Amendment to the U.S. Constitution.

(2) Supporting Facts:  -see attched-

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

   d) Issues raised _____

   e) Approximate date of filing lawsuit _____

   f) Approximate date of disposition _____

XE-2 (F)                    CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

4

C. CAUSE OF ACTION (Cont). III

C) (1) Count III: Deliberate indifference to Locke's serious medical needs, in violation of the Eighth Amendment to the U.S. Constitution. (2) Supporting Facts:

On or about Dec. 18, 2019 Locke submitted a hand written medical request to nurse Dalgato, explaining that he had been assaulted by said Captain B. Root who had attacked him and caused a cut over his left eye as well as bruising and swelling on the left side of his face and that he was suffering from anxeity attacks due to said attack. Nurse Dalgato ignored said medical request. On or about Dec. 18, 2019 Locke spoke with Dr. Blair after submitting a hand wriiten cop out for help to psychological services. Locke explained to Dr. Blair what defendants B. Root, R. Echols and Calkers had done (Locke hereby incorporates the factual statement from count I: as set forth fully herein). Locke also, showed Dr. Blair his injuries (by then Locke's eye was bruise and had swollen with caked up dry blood on the open gash).

Locke explained to Dr. Blair that he had received no medical attention and that staff and medical was ignoring his request and continued to flee from his cell door when he attempted to explain that he was assaulted by the Captain. Locke further informed Dr. Blair that the assault had triggered his Post Traumatic Stress Disorder, causing anxiety attacks, and lack of sleep. Dr. Blair told Locke that he would submit a email to the medical department explaining that Locke had been assaulted by staff. During said assault, Locke's neck and back was reinjured. Locke had previously been ejected from his seat while in state custody being transfered

-5-

to the Racine county jail for a court proceeding. Locke continued to submit written and email medical request to the health service department requesting treatment for his injuries. On Nov. 19, 2020 Locke wrote a email to Dr. Gregory explaining in detail his injuries, and how they occurred, and requesting medical treatment. On Nov. 23,2020, Dr. Gregory responded that on '9-19' you told me your neck pain had resolved, but you still had low back pain. Your X-ray was unremarkable. The "9-19" referred to was September 2019, two months before Locke was subjected to an unprovoked assault by staff. Dr. GRegory was deliberately indifferent to Locke's serious medical needs, as was Dalgato.

Respectfully submitted this <u>7th</u> day of <u>September</u> <u>2021</u>

## E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes [X] No [ ].

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision BP-9 was denied on 12-23-2020 (see BP-10 was denied on 03-20-2020 (see attached). BP-11 was not answered within time frame. Therefore denied under 28 FFR STATUTE 541.18

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _____

_____

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. _____

_____

## F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

$500,000.00 in compensatory damages, jointly and severly

from defendants Root, Calkers, Echols, Dalgato and Gregory

Punitive damages from each of the defendants, amount to be set by the jury.

_____        _____
Signature of Attorney (if any)                            Signature of Petitioner

"Pro-se"

_____

_____
(Attorney's full address and telephone number)

5

XE-2 (F)            CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)